No. 80–2074 (A–139). WORRELL, DBA CHEROKEE HOMES APARTMENTS *v.* UNITED STATES. C. A. 5th Cir. Application for stay, addressed to JUSTICE BLACKMUN and referred to the Court, denied. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this application and this petition.

No. 80–2175. CONTROL DATA CORP. ET AL. *v.* BALDRIGE, SECRETARY OF COMMERCE, ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE BLACKMUN and JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 80–2179 (A–29). CURLEY *v.* CURLEY. Super. Ct. N. J., App. Div. Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 80–6810. PRATT *v.* UNITED STATES. C. A. 1st Cir. Motion of petitioner to strike the brief in opposition granted. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this motion and this petition.

No. 80–6928. BROWN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE MARSHALL would grant certiorari.

No. 81–120. CITIBANK, N. A., ET AL., TRUSTEES *v.* PHOENIX RESOURCES CO. C. A. 10th Cir. Certiorari denied. JUSTICE WHITE took no part in the consideration or decision of this petition.

No. 81–337. WILLIAMS *v.* UNITED STATES. C. A. 5th Cir. Motion of petitioner to consolidate with No. 80–2116 denied. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this motion and this petition.